THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : 3:23-CR-083 |
| v. | : (JUDGE MARIANI) |
| | : |
| SANTINO BELLUCCI, et al., | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, THIS _30th_ DAY OF MAY 2024, upon consideration of Defendant, Christopher Potter's, Motion for Severance Pursuant to Federal Rule of Criminal Procedure 14(a) (Doc. 143) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant Potter's Motion (Doc. 143) is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge